| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-1<br>Case 1-18-40817-nhl<br>Eastern District of New York<br>Brooklyn<br>Mon Apr  9 17:11:28 EDT 2018 | 25 Oriol Drive, LLC<br>1600 63rd Street<br>Brooklyn, NY 11204-2713 | NYC Dept of Finance<br>345 Adams Street<br>10th Fl, South Side<br>Brooklyn, NY 11201-3739 |
| NYS Dept of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Unemployment Insurance<br>Attn: Insolvency Unit<br>Bldg. #12 Room 256<br>Albany, NY 12201 | 271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1801 |
| Capital Finance LLC<br>and Capital Funding LLC<br>1422 Clarkview Rd<br>Baltimore, MD 21209-2385 | Capital Funding LLC<br>c/o Katten Muchin Rosenman LLP<br>Attn: Paige Barr Tinkham<br>525 W. Monroe Street<br>Chicago, IL 60661-3693 | City Assessor<br>City Hall<br>455 Main St Rm 209<br>Worcester, MA 01608-1870 |
| City of Worcester<br>76 E Worcester St<br>Worcester, MA 01604-3650 | EverSource<br>247 Station Dr<br>Westwood, MA 02090-2398 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, Pa 19101-7346 |
| John O. Mirick, Esq.<br>Mirick, O'Connell et al<br>100 Front St<br>Worcester, MA 01608-1425 | Kenneth J. Ottaviano, Esq.<br>Katten Muchin Rosenman<br>525 W Monroe St<br>Chicago, IL 60661-3693 | Massachusetts Department of Health<br>250 Washington Street<br>Boston, MA 02108-4603 |
| Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-9449 | J Ted Donovan<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036-5600 | Kevin J Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036-5600 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Capital Funding, LLC | (d)NYS Unemployment Insurance<br>Attn: Insolvency Unit<br>Bldg. #12 Room 256<br>Albany, NY 12201 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     2<br>Total                  19 |